# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| NATHAN PARK | § | |
| | § | |
| v. | § | |
| | § | |
| TRAVIS FOX, MICHELLE FOX, | § | CIVIL ACTION NO. 3:24-CV-0402-S-BN |
| BRYANT ANDRUS, MODERN | § | |
| EMINENCE LLC, MODERN | § | |
| FORTRESS INC., ALLREALMS INC., | § | |
| and STATE BIRD CORP. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. During the February 29, 2024, status conference, the parties stated on the record that they waived objecting to the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 12]. The Court reviewed the proposed Amended Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge, Defendant Modern Eminence LLC's Emergency Motion to Expunge Notice of Lis Pendens [ECF No. 6] is **GRANTED**.

**SO ORDERED.**

SIGNED February 29, 2024.

**UNITED STATES DISTRICT JUDGE**