# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| NATHAN PARK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0402-S-BN |
| | § | |
| TRAVIS FOX, et al. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Defendant's Motion to Dismiss, or in the Alternative, for a Transfer of Venue [ECF No. 30], **GRANTS** Plaintiff's Motion for Leave to File Second Amended Complaint [ECF No. 36], and **DIRECTS** the Clerk of the Court to docket ECF No. 36-1 as Plaintiff's Second Amended Complaint.

**SO ORDERED.**

SIGNED January 28, 2025.

_____
**UNITED STATES DISTRICT JUDGE**